UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEANA CROMITIE,

                Plaintiff,

      - against -

TERI JON SPORTS INC.,

                Defendant.

23-cv-4139 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

**August 14, 2023.**

SO ORDERED.

Dated:    New York, New York
           July 31, 2023

                                  John G. Koeltl
                        United States District Judge