UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEANA CROMITIE,

                Plaintiff(s)

        23 civ 4139 (JGK)

    -against-

TERI JON SPORTS, INC.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been entered on August 15, 2023,

The conference scheduled for October 12, 2023, at 12:30pm, is canceled.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 2, 2023